IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN THE MATTER OF THE SEARCH OF :
: Case No. 05-119 M
:
▓▓▓▓▓▓▓▓▓▓▓▓▓ :
Frederica, Delaware 19734 :
(in the town of Bowers Beach, Delaware) :

## MOTION AND ORDER TO SEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Leonard P. Stark, Assistant United States Attorney for the District of Delaware, and hereby moves to seal the entire file in the above captioned matter until such time as a return of the search warrant is made, and, in support thereof, states as follows: (1) the search warrant had not yet been executed at the time it was applied for and at the time the government asked that it be sealed, and at that time any disclosure of any information relating to the search warrant would have jeopardized the successful execution of the warrant, and (2) the United States needed and needs time after the execution of the warrant, and before the return of the search warrant, to assess whether there is a continuing investigative need to keep the file, or parts of it, sealed.

COLM F. CONNOLLY
UNITED STATES ATTORNEY

BY: _____
Leonard P. Stark
Assistant United States Attorney

Dated: October 20, 2005

**IT IS SO ORDERED** this ____ day of _____, 2002, that the file in the above-captioned case shall remain under until further order of the Court.

_____
THE HONORABLE MARY PAT THYNGE
UNITED STATES MAGISTRATE JUDGE

FILED
DEC 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE