IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN THE MATTER OF THE SEARCH OF, :
:
███████████ :
: Misc. No. 05-119M
Frederica, Delaware 19734 :
(In the town of Bowers Beach, Delaware) :
:

### MOTION AND ORDER TO UNSEAL

The United States hereby moves to unseal the Application and Affidavit for Search Warrant and Search Warrant in the above-referenced matter (Attachment A). The search warrant has been executed and returned and there is no continuing necessity to keep these documents under seal.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Leonard P. Stark
Assistant United States Attorney

Dated: November 2, 2005

**IT IS SO ORDERED** this __3__ day of __November__, 2005.

_____
Honorable Mary Pat Thynge
United States District Court
District of Delaware

FILED
NOV 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE